LAURA KRANK            JS-6
ATTORNEY AT LAW:  220208
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
TELE: 562/437-7006
FAX:  562/432-2935

Attorneys for Plaintiff MELISSA COMBS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA COMBS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: CV 09-7387 AN<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

    Based upon the parties' Stipulation for Dismissal with Prejudice, and for cause shown, IT IS ORDERED that the above captioned matter be dismissed with prejudice.

Dated: April 21, 2010

_____
UNITED STATES MAGISTRATE JUDGE

-1-